BEFORE THE THIRD DIVISION, JANUARY 23, 1940

**No. 43086.**—Protest 997935–G of Henry & Co. (Los Angeles).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Great Pacific Co.* (23 C. C. P. A. 319, T. D. 48192) the protest was sustained.